# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                1:12cv131

ROBERT FORNAISH,Psychiatric Doctor, )
ECT, anyone conspiring with Robert Fornaish )
anywhere, anyplace,
        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/03/2012 Order.

                                                  Signed: July 3, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court